FILED
17 MAR 15 PM 2:03
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY
CASE UNSEALED PER ORDER OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALTER ROVIDIO IPINA,<br>aka "Gusano,"<br>aka "40 Rounds,"<br>Defendant. | Case No. 17CR0648 JM<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury, but not later than April 2016, and continuing up to and including March 15, 2017, within the Southern District of California and elsewhere, defendant WALTER ROVIDIO IPINA, aka "Gusano," aka "40 Rounds," did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; all in violation of Title 21 United States Code, Sections 841(a)(1) and 846.

LAC:nlv:San Diego:3/13/17

cc: PRETRIAL

1 MATT

Criminal Forfeiture Allegations

1. The allegations contained in Count 1 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offense alleged in Count 1 of this indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant WALTER ROVIDIO IPINA, aka "Gusano," aka "40 Rounds," shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this indictment. The property to be forfeited includes, but is not limited to the following: one white 2012 Freightliner tractor cab bearing California License Plate number WP76291, and Vehicle Identification Number (VIN) 1FUJGLBG1CLBJ1201; and one white 1999 TRMLO Refer trailer/container, bearing California License Plate Number 4PR7572 and Vehicle Identification Number (VIN) 1PT01ANH0X9012026.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

//

//

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: March 15, 2017.

A TRUE BILL:

Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By:
LAWRENCE A. CASPER
Assistant U.S. Attorney