ROBERT S. BREWER, JR.
United States Attorney
LAWRENCE A. CASPER
Assistant United States Attorney
California State Bar No. 235110
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6734
Email: lawrence.casper@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER ROVIDIO IPINA (1),<br><br>    Defendant. | Case No. 17cr0648-GPC<br><br>MOTION OF THE UNITED STATES FOR AN AMENDED ORDER OF CRIMINAL FORFEITURE |

COMES NOW Plaintiff, the United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Lawrence A. Casper, Assistant United States Attorney, and respectfully submits the United States Government's Motion for an Amended Order of Criminal Forfeiture. In support thereof, the United States sets forth the following:

1. On July 31, 2018, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of WALTER ROVIDIO IPINA ("Defendant") in all properties seized in connection with this case, namely,

    a) One (1) White 2012 Freightliner Tractor Cab, CA License Plate No. WP76291, VIN 1FUJGLBG1CLBJ1201; and

    b) One (1) White 1999 TRMLO Refer Trailer/Container, CA License Plate No. 4PR7572, VIN 1PT01ANH0X9012026.

//

2. For thirty (30) consecutive days ending on September 2, 2018, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the White 2012 Freightliner Tractor Cab, CA License Plate No. WP76291, VIN 1FUJGLBG1CLBJ1201; and White 1999 TRMLO Refer Trailer/Container, CA License Plate No. 4PR7572, VIN 1PT01ANH0X9012026, in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

3. On October 29, 2018, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Zachary Vasquez<br>c/o Ezekiel E. Cortez, Esq.<br>550 W. C Street, Suite 790<br>San Diego, CA 92101 | 773592722600 | Delivered on 10/30/18. |
| Juan Angel Mexicano<br>c/o Robert Llewellyn Swain, Esq.<br>964 Fifth Avenue, Suite 214<br>San Diego, CA 92101 | 773592790875 | Delivered on 10/30/18. |
| David Castaneda-Solis<br>c/o Aron Lee Israelite, Esq.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030 | 773592854089 | Delivered on 10/30/18. |
| Jacob Castillo-Lopez<br>c/o Charles Halligan Adair, Esq.<br>826 Orange Ave. #495, Suite 1070<br>Coronado, CA 92118 | 773592907053 | Delivered on 10/30/18. |
| Norma Cordon<br>13959 Clydesdale Run Lane<br>Victorville, CA 92394 | 773593031347 | Delivered on 10/31/18. |
| Norma Cordon<br>1475 Douglas Drive<br>Pomona, CA 91768 | 773593060766 | Delivered on 11/1/18. |

| | | | |
|---|---|---|---|
| 1 | Pacific Star Trucking<br>Attn: Norma Cordon | 773593106132 | Delivered on 10/31/18. |
| 2 | 13959 Clydesdale Run Lane<br>Victorville, CA 92394 | | |

3    4. Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

   WHEREFORE, the United States respectfully requests:

   1. That this Court enter an Amended Order of Criminal Forfeiture, condemning and forfeiting to the United States of America all right, title and interest of WALTER ROVIDIO IPINA and any and all third parties in the White 2012 Freightliner Tractor Cab, CA License Plate No. WP76291, VIN 1FUJGLBG1CLBJ1201; and White 1999 TRMLO Refer Trailer/Container, CA License Plate No. 4PR7572, VIN 1PT01ANH0X9012026.

   2. That costs incurred by Homeland Security Investigations ("HSI") and any other Governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

   3. That the Court order HSI to dispose of the properties forthwith in accordance with the law.

   DATED: February 13, 2019

               Respectfully submitted,

               ROBERT S. BREWER, JR.
               United States Attorney

               *s/ Lawrence A. Casper*
               LAWRENCE A. CASPER
               Assistant United States Attorney
               Attorney for Plaintiff
               E-mail: lawrence.casper@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr0648-GPC |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| WALTER ROVIDIO IPINA (1), | |
| Defendant. | |

IT IS HEREBY CERTIFIED that:

I, Lawrence A. Casper, am a citizen of the United States over the age of 18 years and a resident of San Diego County, CA; my business address is 880 Front Street, San Diego, CA 92101-8893; I am not a party to the above-entitled action.

I have caused service of the foregoing on all counsel listed on the ECF system for this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 13, 2019

*s/ Lawrence A. Casper*
LAWRENCE A. CASPER
Assistant United States Attorney
Attorney for Plaintiff
E-mail: lawrence.casper@usdoj.gov