ROBERT S. BREWER, JR.
United States Attorney
LAWRENCE A. CASPER
Assistant United States Attorney
California State Bar No. 235110
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6734
Email: lawrence.casper@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17cr0648-GPC |
| Plaintiff, | DECLARATION OF AUSA LAWRENCE A. CASPER |
| v. | |
| WALTER ROVIDIO IPINA (1), | |
| Defendant. | |

I, Lawrence A. Casper, declare:

1. I am an Assistant U.S. Attorney for the Southern District of California, and am representing the United States in the criminal forfeiture ancillary proceeding in the above case.

2. A Preliminary Order of Criminal Forfeiture was entered by the Court on July 31, 2018, forfeiting the interest of Defendant WALTER ROVIDIO IPINA ("Defendant") in the following properties:

  a) One (1) White 2012 Freightliner Tractor Cab, CA License Plate No. WP76291, VIN 1FUJGLBG1CLBJ1201; and

  b) One (1) White 1999 TRMLO Refer Trailer/Container, CA License Plate No. 4PR7572, VIN 1PT01ANH0X9012026.

3. For thirty (30) consecutive days ending on September 2, 2018, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in

such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

4. On October 29, 2018, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Zachary Vasquez<br>c/o Ezekiel E. Cortez, Esq.<br>550 W. C Street, Suite 790<br>San Diego, CA 92101 | 773592722600 | Delivered on 10/30/18. |
| Juan Angel Mexicano<br>c/o Robert Llewellyn Swain, Esq.<br>964 Fifth Avenue, Suite 214<br>San Diego, CA 92101 | 773592790875 | Delivered on 10/30/18. |
| David Castaneda-Solis<br>c/o Aron Lee Israelite, Esq.<br>225 Broadway, Suite 900<br>San Diego, CA 92101-5030 | 773592854089 | Delivered on 10/30/18. |
| Jacob Castillo-Lopez<br>c/o Charles Halligan Adair, Esq.<br>826 Orange Ave. #495, Suite 1070<br>Coronado, CA 92118 | 773592907053 | Delivered on 10/30/18. |
| Norma Cordon<br>13959 Clydesdale Run Lane<br>Victorville, CA 92394 | 773593031347 | Delivered on 10/31/18. |
| Norma Cordon<br>1475 Douglas Drive<br>Pomona, CA 91768 | 773593060766 | Delivered on 11/1/18. |
| Pacific Star Trucking<br>Attn: Norma Cordon<br>13959 Clydesdale Run Lane<br>Victorville, CA 92394 | 773593106132 | Delivered on 10/31/18. |

//
//
//
//

2

17cr0648

5. Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2019.

*s/ Lawrence A. Casper*
LAWRENCE A. CASPER
Assistant United States Attorney
Attorney for Plaintiff
E-mail: lawrence.casper@usdoj.gov